No. 95–5384.  HERNANDEZ-NUNEZ v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 95–5385.  PECK v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–5386.  RUSHING v. CHAMPION, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 95–5387.  CARRINGTON v. TRANSPORT WORKERS' UNION OF AMERICA AFL–CIO ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 95–5388.  MILLER v. NORTH CAROLINA.  Sup. Ct. N. C. Certiorari denied.

No. 95–5389.  JOHNSON v. EVATT, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir. Certiorari denied.

No. 95–5390.  MIDDLETON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 95–5393.  MOORE v. UNITED STATES; and
No. 95–5586.  ORTIZ ET AL. v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 95–5394.  RODRIGUEZ v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 95–5396.  PARRA v. UNITED STATES; and
No. 95–5402.  EVANS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 95–5397.  SUTHERLAND v. THOMAS, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 95–5398.  PRINCE v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 95–5399.  REEVES v. LEWIS, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 95–5400.  VINING v. GEORGIA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.